**354**

190 So.2d 566

**Ex parte Johnny GRAY, Jr.**

6 Div. 249.

Court of Appeals of Alabama.

Sept. 27, 1966.

190 So.2d 566

**Ex parte Robert E. ROBERSON.**

2 Div. 147.

Court of Appeals of Alabama.

Sept. 27, 1966.

Johnny Gray, Jr., pro se.

Richmond M. Flowers, Atty. Gen., for respondent.

CATES, Judge.

This original action is in the nature of mandamus.

The prayer is for this court to order the circuit court to reduce the amount of Gray's bond pending appeal of a conviction for rape.

The petition states that Gray was convicted of rape and sentenced to ten years in the penitentiary. The trial judge fixed bond at $10,000 to supersede execution pending appeal.

The petition fails to make out a case of the law's commanding a lower amount. All the cases cited in argument apply to bail *before* conviction.

Petition dismissed.

Robert E. Roberson, pro se.

Richmond M. Flowers, Atty. Gen., and Jas. H. Davis, Asst. Atty. Gen., for respondent.

CATES, Judge.

This is an original action for mandamus.

Petitioner sought post conviction review while he still had time to take a direct appeal. The circuit court correctly dismissed his petition for coram nobis.

Mandamus is not a substitute for an appeal.

The petition on its face requires that it be and, on motion of the Attorney General, it is hereby

Dismissed.